FRANCES VAN DEVENDER BINGHAM ET AL., *Plaintiffs in Error*, v. ERNEST RANDOLPH SUMNER ET AL., *Defendants in Error*.

Division B.

Decision Filed February 15, 1928.

Petition for Rehearing Denied March 26, 1928.

*Whitaker, Himes & Whitaker* and *James F. Glen*, for Plaintiffs in Error;

*J. Uhle Bethell, Harris & Denning* and *Kelly, Sutton & Shaw*, for Defendants in Error.

PER CURIAM.—The judgment in this case should be reversed upon authority of the controlling opinion filed on rehearing in the case of McCamy v. Payne, opinion filed at this term of the Court, and it is so ordered.

Reversed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

ELLIS, C. J., AND BROWN, J., concur in the opinion.

STRUM, J., not particupating.